# United States District Court
## Northern District of Illinois
### Eastern Division

Jordan, et al.                                   **JUDGMENT IN A CIVIL CASE**

       v.                                               Case Number: 04 C 7094

City of Chicago, et al.

☐     Jury Verdict. This action came before the Court for a trial by jury. The issues have been tried and the jury rendered its verdict.

■     Decision by Court. This action came to hearing before the Court. The issues have been heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED that the case dismissed without prejudice for want of prosecution .

                                           Michael W. Dobbins, Clerk of Court

Date: 6/10/2005                           /s/ Mathew P. John, Deputy Clerk

# United States District Court
## Northern District of Illinois
### Eastern Division

Jordan, et al.                      **JUDGMENT IN A CIVIL CASE**

        v.                              Case Number: 04 C 7094

City of Chicago, et al.

☐      Jury Verdict. This action came before the Court for a trial by jury. The issues have been tried and the jury rendered its verdict.

■      Decision by Court. This action came to hearing before the Court. The issues have been heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED that the case dismissed without prejudice for want of prosecution .

                                             Michael W. Dobbins, Clerk of Court

Date: 6/10/2005                      /s/ Mathew P. John, Deputy Clerk